THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., | CASE NO. C18-1134-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SULTRA CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff and Defendant Market Place's stipulated motion for an extension of time to answer (Dkt. No. 12). The motion is GRANTED. Market Place's answer deadline is extended to October 24, 2018.

DATED this 24th day of September 2018.

      William M. McCool
      Clerk of Court

      s/Tomas Hernandez
      Deputy Clerk