THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., | CASE NO. C18-1134-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SULTRA CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendant Market Place Solutions LLC have filed a stipulation and proposed order of dismissal (Dkt. No. 19). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and the claims against Defendant Market Place Solutions LLC are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The claims against Defendant Sultra Corporation are not dismissed at this time.

DATED this 21st day of December 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk